USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

EQUAN ROBINSON, and
TYSHAWN JONES,
a/k/a "Lil Man,"

Defendants.

26 Cr. 336

**ORDER**

ANALISA TORRES, District Judge:

The parties shall appear for an initial conference on **August 24, 2026**, at **11:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl St., New York, New York 10007.

SO ORDERED.

Dated: August 6, 2026
New York, New York

ANALISA TORRES
United States District Judge