USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _________________
DATE FILED: 8/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

EQUAN ROBINSON, and
TYSHAWN JONES,
a/k/a "Lil Man,"

Defendants.

26 Cr. 336

**ORDER**

ANALISA TORRES, District Judge:

The initial conference scheduled for August 24, 2026, is ADJOURNED to **September 14, 2026**, at **12:30 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl St., New York, New York 10007.

SO ORDERED.

Dated: August 18, 2026
New York, New York

ANALISA TORRES
United States District Judge